## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                    Case No. 3:10–bk–07028–JAF
                                                          Chapter 7


Daniel L Murphy
aka Daniel L Murphy Sr.


Rosemary P Murphy
aka Rosemary G Plyler

_____Debtor(s)_____/


## NOTICE OF HEARING


NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on November 29, 2011 at 2:30 p.m. , to consider and act upon the following matter:

Final Evidentiary Hearing and Auction re: Notice of Intent to Sell Property of the Estate filed by Trustee (Objection by Debtors)

and transact such other business as may properly come before the hearing.

1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1.

2. The hearing may be continued upon announcement made in open Court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. *Appropriate Attire*. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated September 8, 2011.


Lee Ann Bennett, Clerk of Court

300 North Hogan Street Suite 3–350
Jacksonville, FL 32202


Copies furnished to:
Debtor
Debtor(s)' Attorney
Trustee
US Trustee
All Interested Parties